B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Soueidan Car Wash, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**38-3692294** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12851 Reeck Rd.**<br>**Southgate, MI**<br>ZIP Code **48195** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Wayne** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **12851 Reeck Rd.**<br>**Southgate, MI 48195** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Soueidan Car Wash, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Soueidan Car Wash, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ James C. Bowser P**
Signature of Attorney for Debtor(s)

**James C. Bowser P 40480**
Printed Name of Attorney for Debtor(s)

**Bowser & Associates, PLC**
Firm Name

**413 Clinton Avenue**
**St. Clair, MI 48079**
Address

**Email: james.bowser@comcast.net**
**(810) 329-3500  Fax: (810) 329-5200**
Telephone Number

**November 2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Hala Soueidan**
Signature of Authorized Individual

**Hala Soueidan**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 2, 2010**
Date

# SOUEIDAN CAR WASH, INC.
## BALANCE SHEET
### As of June 30, 2007

## ASSETS

**CURRENT ASSETS**
| | |
|---|---:|
| Cash on Hand | $ 4,074.28 |
| Cash in Bank | 1,371.91 |
| loan - To Shareholders | 44,642.06 |
| **Total Current Assets** | **50,088.25** |

**PROPERTY AND EQUIPMENT**
| | |
|---|---:|
| Building | 953,400.00 |
| Closing Cost | 44,384.00 |
| Equipment | 297,600.00 |
| Land | 225,000.00 |
| Sign | 12,406.89 |
| Leasehold Improvements | 54,603.76 |
| Less: Accumulated Depreciation | (136,338.00) |
| **Net Property and Equipment** | **1,451,056.65** |

| | |
|---|---:|
| **TOTAL ASSETS** | **$ 1,501,144.93** |

See Accountants' Compilation Report
1

AUG-05-07 05:11 PM   P.03

## SOUEIDAN CAR WASH, INC.
## BALANCE SHEET
### As of June 30, 2007

## LIABILITIES AND STOCKHOLDERS' EQUITY

**CURRENT LIABILITIES**

| | |
|---|---:|
| Loan - From Shareholders | $ 169,007.15 |
| FICA & Federal W/H Payable | 528.66 |
| State W/H Payable | 166.43 |
| FUTA Payable | 83.60 |
| MESC Payable | (5.99) |
| **Total Current Liabilities** | **169,779.85** |

**LONG-TERM LIABILITIES**

| | |
|---|---:|
| Note Payable | 1,155,522.71 |
| N/P Land Contract | 105,000.00 |
| **Total Long-Term Liabilities** | **1,260,522.71** |
| **Total Liabilities** | **1,430,302.56** |

**STOCKHOLDERS' EQUITY**

| | |
|---|---:|
| Capital Stock | 5,000.00 |
| Retained Earnings | 20,554.03 |
| Current Net Income | 45,288.34 |
| **Total Stockholders' Equity** | **70,842.37** |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | **$ 1,501,144.93** |

10-73604-wsd    Doc 1    Filed 11/02/10    Entered 11/02/10 19:30:04    Page 5 of 14

# SOUEIDAN CAR WASH, INC.
## INCOME STATEMENT
### For the 1 Month and 6 Months Ended June 30, 2007

|  | 1 Month Ended June 30, 2007 | 6 Months Ended June 30, 2007 |
|---|---:|---:|
| **Sales** | | |
| Other Income | $ 11,551.23 | $ 89,457.23 |
| Less Returns & Allowances | 0.00 | 0.00 |
| **Total Sales** | 11,551.23 | 89,457.23 |
| **Gross Profit** | 11,551.23 | 89,457.23 |
| **Operating Expenses** | | |
| Salaries & Wages | 2,311.45 | 12,542.71 |
| Insurance - Health | 0.00 | 10,419.60 |
| Taxes FICA & Medicare | 176.83 | 959.52 |
| Taxes - FUTA | 4.49 | 83.53 |
| Taxes - MESC/SUTA | 22.11 | 124.43 |
| Accounting | 250.00 | 1,440.00 |
| Supplies | 360.81 | 3,367.04 |
| Damage | 0.00 | 605.66 |
| Utilities - Electric | 2,614.90 | 7,982.18 |
| Utilities - Telephone | 190.76 | 4,951.44 |
| Maintenance | 0.00 | 625.46 |
| Repair | 0.00 | 663.32 |
| License/Permit | 0.00 | 25.00 |
| Bank Charge | 131.00 | 379.00 |
| **Total Operating Expenses** | 6,252.35 | 44,168.89 |
| **Operating Income (Loss)** | 5,298.88 | 45,288.34 |
| **Net Income (Loss)** | $ 5,298.88 | $ 45,288.34 |

See Accountants' Compilation Report
3

| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not file this form unless the corporation has filed Form 2553<br>to elect to be an S corporation.<br>▶ See separate instructions. | **2006** |

For calendar year 2006 or tax year beginning _____, ending _____

| | | | | |
|---|---|---|---|---|
| **A** Effective date of S election<br>1/01/04 | Use IRS label. Other-wise, print or type. | Name<br>**SOUEIDAN CAR WASH INC** | **C** Employer identification number<br>38-3692294 | |
| **B** Business activity code number (see instructions)<br>812990 | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>**SWEET MIKE'S AUTO WASH INC**<br>**12851 REECK RD** | **D** Date incorporated<br>1/01/2004 | |
| | | City or town, state, and ZIP code<br>**SOUTHGATE         MI  48195** | **E** Total assets (see instructions)<br>$  1,456,175 | |

**F** Check if: (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change   (5) ☐ Amended return
**G** Enter the number of shareholders in the corporation at the end of the tax year ▶ 1
**H** Check if Schedule M-3 is required (attach Schedule M-3) ▶ ☐

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---:|
| **Income** | 1a | Gross receipts or sales  323,803   b Less returns and allowances  _____   c Bal ▶ **1c** | 323,803 |
| | 2 | Cost of goods sold (Schedule A, line 8) **2** | |
| | 3 | Gross profit. Subtract line 2 from line 1c **3** | 323,803 |
| | 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) **4** | |
| | 5 | Other income (loss) (see instructions-attach statement) **5** | |
| | 6 | **Total income (loss).** Add lines 3 through 5 ▶ **6** | 323,803 |
| **Deductions (see instructions for limitations)** | 7 | Compensation of officers **7** | |
| | 8 | Salaries and wages (less employment credits) **8** | 31,068 |
| | 9 | Repairs and maintenance **9** | 748 |
| | 10 | Bad debts **10** | |
| | 11 | Rents **11** | |
| | 12 | Taxes and licenses **12** | 2,924 |
| | 13 | Interest **13** | 79,862 |
| | 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) **14** | 59,348 |
| | 15 | Depletion (**Do not deduct oil and gas depletion.**) **15** | |
| | 16 | Advertising **16** | |
| | 17 | Pension, profit-sharing, etc., plans **17** | |
| | 18 | Employee benefit programs **18** | |
| | 19 | Other deductions (attach statement)                     See Stmt 1  **19** | 81,653 |
| | 20 | **Total deductions.** Add lines 7 through 19 ▶ **20** | 255,603 |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 **21** | 68,200 |
| **Tax and Payments** | 22a | Excess net passive income or LIFO recapture tax (see instructions) **22a** | |
| | b | Tax from Schedule D (Form 1120S) **22b** | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) **22c** | |
| | 23a | 2006 estimated tax payments and 2005 overpayment credited to 2006 **23a** | |
| | b | Tax deposited with Form 7004 **23b** | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) **23c** | |
| | d | Credit for federal telephone excise tax paid (attach Form 8913) **23d** | |
| | e | Add lines 23a through 23d **23e** | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ **24** | |
| | 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed **25** | |
| | 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid **26** | |
| | 27 | Enter amount from line 26 **Credited to 2007 estimated tax** ▶ _____ Refunded ▶ **27** | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer  **HALA SOUEIDAN**   Date _____   Title  **PRESIDENT**

May the IRS discuss this return with the preparer shown below (see instructions)?  ☐ Yes  ☐ No

| Paid Preparer's Use Only | Preparer's signature ▶ | | Date 8/13/07 | Check if self-employed ☐ | Preparer's SSN or PTIN P00110968 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | ▶ **A & H Accounting & Tax Service, Inc.**<br>**13742 Michigan Avenue, Suite 1**<br>**Dearborn, MI                   48126** | | EIN | Phone no. 313-584-8500 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                          Form **1120S** (2006)
DAA

## Schedule A — Cost of Goods Sold (see instructions)

| # | | Amount |
|---|---|---|
| 1 | Inventory at beginning of year | |
| 2 | Purchases | |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement) | |
| 6 | **Total.** Add lines 1 through 5 | |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | |

9a Check all methods used for valuing closing inventory: (i) ☐ Cost as described in Regulations section 1.471-3
   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
   (iii) ☐ Other (Specify method used and attach explanation.) ▶
 b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ... 9d
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ... ☐ Yes ☐ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ... ☐ Yes ☐ No
   If "Yes," attach explanation.

## Schedule B — Other Information (see instructions)

|   |   | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a ☒ Cash  b ☐ Accrual  c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: a Business activity ▶ **SERVICE**   b Product or service ▶ **CAR WASH** | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made? | | X |
| 4 | Was the corporation a member of a controlled group subject to the provisions of section 1561? | | X |
| 5 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | |
| 6 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 7 | If the corporation: (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and** (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ | | |
| 8 | Enter the accumulated earnings and profits of the corporation at the end of the tax year. $ | | |
| 9 | Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1. | | X |

Note: If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach **Schedule N (Form 1120)**, Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

## Schedule K — Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) | 68,200 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | |
| | 3a | Other gross rental income (loss) ... 3a | |
| | b | Expenses from other rental activities (attach statement) ... 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | |
| | 4 | Interest income | |
| | 5 | Dividends: a Ordinary dividends | |
| | | b Qualified dividends ... 5b | |
| | 6 | Royalties | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | |
| | b | Collectibles (28%) gain (loss) ... 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) ... 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | |
| | 10 | Other income (loss) (see instructions) ... Type ▶ | |

Form **1120S** (2006)

DAA

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | 11   Section 179 deduction (attach Form 4562) | 11 | |
| | 12a   Contributions | 12a | |
| | b   Investment interest expense | 12b | |
| | c   Section 59(e)(2) expenditures   (1) Type ▶      (2) Amount ▶ | 12c(2) | |
| | d   Other deductions (see instructions)    Type ▶ | 12d | |
| **Credits** | 13a   Low-income housing credit (section 42(j)(5)) | 13a | |
| | b   Low-income housing credit (other) | 13b | |
| | c   Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d   Other rental real estate credits (see instructions)   Type ▶ | 13d | |
| | e   Other rental credits (see instructions)   Type ▶ | 13e | |
| | f   Credit for alcohol used as fuel (attach Form 6478) | 13f | |
| | g   Other credits (see instructions)   Type ▶ | 13g | |
| **Foreign Transaction** | 14a   Name of country or U.S. possession ▶ | | |
| | b   Gross income from all sources | 14b | |
| | c   Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d   Passive | 14d | |
| | e   Listed categories (attach statement) | 14e | |
| | f   General limitation | 14f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g   Interest expense | 14g | |
| | h   Other | 14h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i   Passive | 14i | |
| | j   Listed categories (attach statement) | 14j | |
| | k   General limitation | 14k | |
| | Other information | | |
| | l   Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 14l | |
| | m   Reduction in taxes available for credit (attach statement) | 14m | |
| | n   Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a   Post-1986 depreciation adjustment | 15a | |
| | b   Adjusted gain or loss | 15b | |
| | c   Depletion (other than oil and gas) | 15c | |
| | d   Oil, gas, and geothermal properties-gross income | 15d | |
| | e   Oil, gas, and geothermal properties-deductions | 15e | |
| | f   Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a   Tax-exempt interest income | 16a | |
| | b   Other tax-exempt income | 16b | |
| | c   Nondeductible expenses | 16c | |
| | d   Property distributions | 16d | |
| | e   Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a   Investment income | 17a | |
| | b   Investment expenses | 17b | |
| | c   Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d   Other items and amounts (attach statement) | | |
| **Reconciliation** | 18   **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 68,200 |

Form **1120S** (2006)

DAA

Form 1120S (2006)    **SOUEIDAN CAR WASH INC**    38-3692294    Page **4**

### Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 6,481 | | 8,118 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 1,359,395 | | 1,359,395 | |
| b | Less accumulated depreciation | ( 76,990) | 1,282,405 | ( 136,338) | 1,223,057 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | 225,000 | | 225,000 |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 1,513,886 | | 1,456,175 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) Stmt 2 | | 1,197 | | 1,094 |
| 19 | Loans from shareholders | | 271,742 | | 169,007 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,283,596 | | 1,260,523 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 5,000 | | 5,000 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | -47,649 | | 20,551 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 1,513,886 | | 1,456,175 |

### Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 68,200 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | | | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 68,200 | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | 68,200 |

### Schedule M-2    Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -47,649 | | |
| 2 | Ordinary income from page 1, line 21 | 68,200 | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( ) | | |
| 5 | Other reductions | ( ) | ( ) | |
| 6 | Combine lines 1 through 5 | 20,551 | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 20,551 | | |

DAA          Form **1120S** (2006)

671106

| | Final K-1 | | Amended K-1 | OMB No. 1545-0130 |

# Schedule K-1
## (Form 1120S)  2006
Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax
year beginning _____
ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.
▶ See back of form and separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
**38-3692294**

**B** Corporation's name, address, city, state, and ZIP code
SOUEIDAN CAR WASH INC
SWEET MIKE'S AUTO WASH INC
12851 REECK RD
SOUTHGATE    MI  48195

**C** IRS Center where corporation filed return
Cincinnati, OH  45999

**D** ☐ Tax shelter registration number, if any _____
**E** ☐ Check if Form 8271 is attached

### Part II — Information About the Shareholder

**F** Shareholder's identifying number
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

**G** Shareholder's name, address, city, state and ZIP code
HALA SOUEIDAN
529 N GULLEY RD

DEARBORN HTS    MI  48127

**H** Shareholder's percentage of stock ownership for tax year .......... **100.000000 %**

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 68,200 | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items | |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | | |
| | | | 17 | Other information | |

\* See attached statement for additional information.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1120S.    Schedule K-1 (Form 1120S) 2006

DAA

### Statement 1 - Form 1120S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---:|
| Insurance - Health | $ 27,244 |
| Insurance - Liability | 5,624 |
| Insurance - Worker's Comp. | 796 |
| Accounting | 1,700 |
| Dues | 80 |
| Supplies | 15,892 |
| Damage | 557 |
| Utilities - Electric | 13,135 |
| Utilities - Heat | 2,284 |
| Utilities - Telephone | 3,081 |
| Utilities - Water | 9,948 |
| License/Permit | 155 |
| Auto Expense | 133 |
| Bank Charge | 782 |
| Credit Card Charge | 242 |
| Total | $ 81,653 |

### Statement 2 - Form 1120S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---:|---:|
| FICA & Federal W/H Payable | $ 683 | $ 694 |
| State W/H Payable | 312 | 314 |
| FUTA Payable | 77 | 91 |
| MESC Payable | 125 | -5 |
| Total | $ 1,197 | $ 1,094 |

Cienna Capital
c/o Roy Sgroi
12845 Farmington Rd. Ste 1
Livonia, MI 48150


City of Southgate
14400 Dix-Toledo
Southgate, MI 48195


Corrigan Oil Co.
775 North 2nd St.
Brighton, MI 48116


County of Wayne
400 Monroe - 5th Fl.
Detroit, MI 48226


DTE Energy
PO Box 2869
Detroit, MI 48260


Hala Soueidan
529 Gulley
Dearborn Heights, MI 48127


Moussa Soueidan
529 Gulley
Dearborn Heights, MI 48127


National Alarm, Inc.
21552 Van Dyke Ave.
Warren, MI 48089


Sprint Communication
6391 Sprint Parkway
Overland Park, KS 66251-4300


Zep Sales & Service
34462 Glendale Ave.
Livonia, MI 48150